Alex Darcy, Esq. (CSBA No. 189315)
Askounis & Darcy, PC
444 North Michigan Avenue
Suite 3270
Chicago, IL 60611
(312) 784-2400 (t)
(312) 784-2410 (f)
adarcy@askounisdarcy.com

JS-6

Attorney for Plaintiff
First Eagle Bank

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| FIRST EAGLE BANK, | ) |
| | ) Case No. 2:14-cv-04636-DDP-SHx |
| Plaintiff, | ) |
| | ) **JUDGMENT ORDER** |
| v. | ) |
| | ) Hearing Date: September 15, 2014 |
| MOSAICA EDUCATION, INC., | ) Hearing Time: 10:00AM PST |
| | ) Courtroom No.: 3 – 2nd Floor |
| Defendant. | ) |
| | ) Judge: Hon. Dean D. Pregerson |

**JUDGMENT ORDER**

THIS MATTER coming to be heard on Plaintiff First Eagle Bank's Motion for Default Judgment and Issuance of Writ of Attachment against Mosaica Education, Inc., due notice having been given and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. FIRST EAGLE BANK's Motion for Default Judgment and Issuance of Writ of Attachment Against MOSAICA EDUCATION, INC. is granted;

2. Judgment is entered in favor of FIRST EAGLE BANK and against MOSAICA EDUCATION, INC. in the amount of $111,828.08, plus attorneys' fees and costs in the amount of $6,666.12, for a total judgment of $118,494.20;

3. MOSAICA EDUCATION, INC. is ordered to surrender the Equipment, as listed on Exhibit 1 hereto, to FIRST EAGLE BANK and/or the U.S. Marshal or other levying officer,

1  within fourteen (14) days, at a place within Riverside County, California designated by FIRST
2  EAGLE BANK; and

3      4.    The Clerk of the United States District Court for the Central District of California
4  is ordered to issue a writ of attachment, substantially in the form of Document No. 14-3, Exhibit
5  2, directing the U.S. Marshal, or other lawful authority, to use all necessary force to repossess
6  the Equipment, as listed in Document No. 14-3, Exhibit 1, from 167 De Anza Drive, San Jacinto,
7  California 92583; 17977 Merrill Avenue, Fontana, California 92335; 34862 Monte Vista Drive,
8  Wildomar, California 92595; 28401 Rancho California, Temecula, CA 92590; and/or any other
9  location where the Equipment is located.

11  IT IS SO ORDERED.

12  Dated: September 19, 2014

                HONORABLE DEAN D. PREGERSON
                UNITED STATES DISTRICT JUDGE